# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Haydee Garcia Fuentes,<br><br>                  Petitioner,<br><br>   v.<br><br>Merrick Garland,<br><br>                  Respondent. | Case No. 5:21-cv-01446-JLS-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

     Accordingly, IT IS ORDERED THAT:

     1.    The Report and Recommendation is approved and accepted;

     2.    Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

3. The Clerk serve copies of this Order on the parties.

DATED: March 12, 2024

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2