JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Haydee Garcia Fuentes,<br><br>              Petitioner,<br><br>                 v.<br><br>Merrick Garland,<br><br>              Respondent. | Case No. 5:21-cv-01446-JLS-MAA<br><br>**JUDGMENT** |

      Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 12, 2024

                                            HONORABLE JOSEPHINE L. STATON<br>
                                            UNITED STATES DISTRICT JUDGE